## KENTUCKY STATE BAR ASSOCIATION, Complainant, v. C. B. SPICER, Respondent.

Court of Appeals of Kentucky.

Feb. 22, 1944.

PER CURIAM.

The Board of Commissioners of the State Bar Association filed in this Court its report recommending the disbarment of respondent, C. B. Spicer, from practicing law in this Commonwealth. Not having been responded to, or otherwise controverted, it is confirmed and the license of respondent to practice law in this Commonwealth is cancelled and set aside.

## LOUISVILLE BAR ASSOCIATION, Complainant, v. L. D. GREENE, Respondent.

Court of Appeals of Kentucky.

Feb. 22, 1944.

PER CURIAM.

The Board of Commissioners of the State Bar Association filed in this court its report recommending that the respondent, L. D. Greene, be reprimanded by the Court of Appeals of Kentucky for unethical and improper conduct.

No response to the report having been filed, said report is confirmed and this order shall constitute the reprimand recommended in the report.